UNITED STATES of America, Plaintiff–Appellee,

v.

Virgil Avery WITHERS, Defendant–Appellant.

No. 02–7569.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 27, 2003.

Decided Feb. 10, 2003.

Virgil Avery Withers, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Virgil Avery Withers seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Withers has not made a substantial showing of the denial of a constitutional right. *See United States v. Withers,* Nos. CR–00–122–BO; CA–01–987–5–BO (E.D.N.C. July 31, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*